ACCEPTED
12-14-00018-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/17/2015 6:09:35 PM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00018-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| **VS.** | § | **TWELFTH COURT** |
| **ROBERT CLAYTON** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/17/2015 6:09:35 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ROBERT CLAYTON, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. ROBERT CLAYTON, and numbered 31223.

3.     Appellant was convicted of Driving While Intoxicated - Third or More.

4.     Appellant was assessed a sentence of 20 years in the Texas Department of Criminal Justice, Institutional Division on December 9, 2013.

5.     Notice of appeal was given on January 3, 2014.

6.     The clerk's record was filed on April 7, 2014; the reporter's record for the punishment hearing was filed on May 23, 2014.   The reporter's record for the guilt/innocence portion of the trial was filed December 16, 2014, however, counsel for Appellant has not received the record.

7.     The appellate brief is presently due on February 17, 2015.

8.     Appellant requests an extension of time of 30 days from the date Appellant's attorney receives the reporter's record from Jonette Jackson.

9.     Two prior extensions to file the brief have been filed in this cause because Appellant's attorney did not received the full reporter's record in June 2014 and has not received the full reporter's record to date.

10.     Defendant is currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Appellant's attorney has not received the reporter's record from Mrs. Jonette Jackson. Appellant's attorney has emailed and called Mrs. Jackson regarding the record on numerous occasions. Additionally, Appellant's attorney has contacted Helen Wooten, court reporter for the punishment hearing, and Ms. Wooten has attempted to contact Ms. Jonette Jackson. Appellant's attorney contacted the Twelfth Court of Appeals to acquire a copy of the record and was advised Ms. Jackson should have filed a copy with the court of record. However, Ms. Jackson did not file a copy. A clerk from the Anderson County District Clerk's office has also attempted to contact Ms. Jackson regarding the record and was unable to contact her. Attorney for Appellant is requesting additional time to receive the entire record and prepare the brief, i.e. thirty days from the time Appellant's attorney receives the full record. Attorney for Appellant also requests additional time to ask for supplements or amendments to the record upon receipt of the entire record.

12.     Attorney for Appellant is requesting that this Court enter an order ordering Ms. Jonette Jackson to provide a copy of the reporter's record filed on December 16, 2014, or in the alternative provide Appellant's attorney with a copy of the reporter's record from its file.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474
Email: fletchlaw@yahoo.com

By: _____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for ROBERT CLAYTON

## CERTIFICATE OF SERVICE

This is to certify that on February 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by hand delivery.

_____
PHILIP C. FLETCHER

STATE OF TEXAS                          §
                                        §
COUNTY OF ANDERSON                       §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on February 17, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

JENNIFER HART
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
08-07-2016